MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
LINDA Y. PRYOR,                 :
                                :
            Plaintiff,          :
                                :
       - v. -                   :
                                :      STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :      08 Civ. 5587 (RPP)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 8, 2008 to and including November 7, 2008.  This extension is requested

to allow the Social Security Administration sufficient time to evaluate its litigation position in this case. No previous extension has been requested in this case.

Dated: New York, New York
August 11, 2008

_____
EUGENIE GILMORE, ESQ.
Attorney for Plaintiff
11 Broadway, Suite 715
New York, New York   10004
Telephone No: (212)785-5585

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED: August 18, 2008

_____
UNITED STATES DISTRICT JUDGE